| | |
|---|---|
| (aaaa) | MHG Properties Ltd. |
| (bbbb) | MHG Properties Two, Ltd. |
| (cccc) | Midwest Alliance Ltd. |
| (dddd) | Midwestern Consulting, LLC |
| (eeee) | Mitchell LLC |
| (ffff) | Mohindra Law Group IOLTA |
| (gggg) | Mohindra Law Group P.C. |
| (hhhh) | Mohindra, Renuka |
| (iiii) | Mosaic Business Solutions, Inc. |
| (jjjj) | MSLO, Ltd. |
| (kkkk) | NARLLC Ltd. |
| (llll) | National Credit Adjusters, LLC |
| (mmmm) | National Debt Holdings, LLC |
| (nnnn) | National Principal Group LLC |
| (oooo) | Near Shore Capital LLC |
| (pppp) | Open Assets, LLC |
| (qqqq) | Opulence Capital Solutions LLC |
| (rrrr) | Paid Suite |
| (ssss) | Payment Savvy LLC |
| (tttt) | Phelps, Randy |
| (uuuu) | Priority Payout |
| (vvvv) | Proto Construction Corporation |
| (wwww) | Proto Construction, P.C. |
| (xxxx) | Prudent Group |
| (yyyy) | Prudent Investment Group |
| (zzzz) | Pruett, Douglas Dwight |
| (aaaaa) | Purizhansky, Jon |
| (bbbbb) | Quest, Yanique |
| (ccccc) | Ravani, Animesh |
| (ddddd) | Reliance Exchange Group LLC |
| (eeeee) | Richardson Solutions Ltd. |
| (fffff) | Rolling Plains Limited |
| (ggggg) | Robinson, Jamal |
| (hhhhh) | Robinson, Michael |
| (iiiii) | Robinson, Randy |
| (jjjjj) | Robinson, Sharif |
| (kkkkk) | Rolling Plains LLC |
| (lllll) | Rolling Plains Ltd. |
| (mmmmm) | Said, Mubarek |
| (nnnnn) | Sands Recovery Group |
| (ooooo) | Select Resource Group |
| (ppppp) | Shaevel, Andrew |
| (qqqqq) | The Solidus Group, Inc. |
| (rrrrr) | SRA Processing, LLC |
| (sssss) | SRS-RP Ltd. |
| (ttttt) | Stark Associates Ltd. |

(uuuuu)   Stark Atlantic
(vvvvv)   Stark Management L.P.
(wwwww)      Stark Services Ltd.
(xxxxx)   SuitePay
(yyyyy)   TACs I LLC
(zzzzz)      Therrien, Andrew
(aaaaaa)  Trans America Customer Solutions, LLC
(bbbbbb)  Tucker, Joel
(cccccc)  U Solutions Group Inc.
(dddddd)  Uddin, Muhammad Riaz (a/k/a Udin, Muhammad Riaz aka Udin, Mohammad,
          aka Uddin, Mohammad)
(eeeeee)  UPG, LLC
(ffffff)     UPG Group Ltd.
(gggggg)  Versatile International Outsourcing Solutions Ltd.
(hhhhhh)  Worldwide Processing Group

3.     The term "Documents" means all written, recorded, or graphic materials of every kind,
       from January 1, 2011, through the date of service of this subpoena, prepared by any person,
       that is in your possession, custody, or control.  It includes, but is not limited to:  transcripts,
       letters, telegrams, e-mail transmissions, telexes, memoranda, reports, contracts, studies,
       plans, calendar or diary entries, minutes, pamphlets, typed or handwritten notes,
       tabulations, charts, records of meetings and telephone or other conversations or
       communications, film, audio and video tapes, slides, and all other data compilations.  The
       phrase "other data compilations" includes information stored in, or accessible through,
       computer or other information retrieval systems, together with instructions and all other
       material necessary to use or interpret such data compilations.  The term "documents"
       includes all non-identical copies of any document, including copies upon which notes have
       been made.  It also includes drafts, even if the originals are not in your possession, custody,
       or control.

4.     The term "Communication" means any contact, oral or written, formal or informal, at any
       time or place, by any medium, and under any circumstances whatsoever, whereby
       information of any nature was shared, transmitted or transferred.

5.     The terms "show, refer to, or relate to" mean to mention, list, include, involve, refer to,
       relate to, pertain to, contain, state, reflect, discuss, evidence, constitute, consist of, display,
       show, analyze, embody, record, incorporate, bear upon, touch upon, or to be in any way
       logically or factually connected with the referenced person, entity or subject.

6.     The term "You" refers to the person or entity that is the recipient of this subpoena, and
       includes its present and former representatives, agents, employees, consultants, attorneys,
       accountants, independent contractors, corporations, affiliates, divisions, "doing business
       as" names, merchant names, successors and assigns, and any person or entity acting, or
       who acted at any relevant time, on behalf of it.

## File Transfer Instructions

All productions in response to this subpoena should conform with the following transfer instructions to the greatest extent possible.

### General

Documents and Communications should be foldered to indicate producing party and source: top level folder named by producing party; next level folders named by category and, where applicable, individual user.

Acceptable transfer means include:

- Copying to external hard drive or USB flash drive
- Burning to CD/DVD
- Uploading to secure file-sharing site or ftp

Encryption is recommended for secure file transfer (*e.g.,* hardware-encrypted media, encryption software such as BitLocker, password-protected ZIP files). The pin or password should be sent under separate cover. In addition, for shipments by carrier, delivery confirmation is recommended.

### Category 1: Email

Export relevant mailboxes or folders to a PST file using the email program's built-in export utility. Name the PST file by user name (*e.g.,* LASTNAME_FIRSTNAME.pst). Alternatively, copy the user's original, full PST or OST file; re-name the copy by user name or copy the original file to a new folder named by user.

### Category 2: PC and File Server Files

Zip the relevant folder or file and move or copy the ZIP file for transfer. Preserve the original folder/file name in the name of the ZIP file (*e.g.,* ORIGINALNAME.zip). If a compression utility is not already available on the computer, one will need to be downloaded and installed prior to beginning the collection. A recommended open source (free) Windows utility program is 7-Zip (www.7-zip.org). After installation, right-click on the relevant folder/file and select the utility option to archive or compress the source folder/file.

### Category 3: Document Management System Files

Relevant document management systems ("DMS") may include Sharepoint, Office 365, cloud-storage services such as Box.com, and other comparable file storage and management programs. Using the DMS program's built-in download or export utility, download/export the relevant folder or file to create a locally saved copy on a PC or file server. After creating the local copy, follow the instructions for "PC and File Server Files."

**Category 4: Databases**

Relevant information contained in databases should be produced in reports created using the database's built-in reporting functionality. Where supported by the reporting functionality, the report should be created in a searchable file format (*e.g.*, CSV, XLSX). For embedded or linked documents, follow the instructions for "Document Management System Files."

**Category 5: Phones**

Using the backup utility software provided by the phone manufacturer, back up the phone to a computer and move or copy the backup file for transfer. Name the backup file by user name and phone make (*e.g.*, LASTNAME_FIRSTNAME_iPhone.mddata). Where technologically feasible, the scope of the backup should be restricted to exclude non-relevant data categories such as personal photos.

**Category 6: Paper Documents**

Scan paper documents to TIF or PDF files. Alternatively, paper documents may be copied. Scanned/copied paper should be logically unitized (*i.e.*, the beginning and ending points of the electronic or paper copies should mirror the organization of the paper originals).

**Requested Documents and Communications**

You are required to produce the following:

1.  All Documents and Communications referring or relating to any of the Defendants. For purposes of illustration, but not limitation, the request in this paragraph no. 1 includes any Documents or Communications that:

    a.  Refer or relate to any asset currently or formerly owned by the Defendants;

    b.  Refer or relate to any current or former liability of the Defendants;

    c.  Refer or relate to the business or financial affairs of the Defendants;

    d.  Refer or relate to any financial transaction that You had with any of the Defendants, whether such transaction was completed or merely discussed, proposed or contemplated by You or any of the Defendants;

    e.  Refer or relate to any transfer of funds or payments to or from any of the Defendants;

    f.  Constitute identifying information about any of the Defendants, including Documents containing address(es), email address(es), telephone number(s), credit card number(s), and bank account(s) or other account information used by any of the Defendants.

2.    All Documents and Communications referring or relating to any of the Related Entities. For purposes of illustration, but not limitation, the request in this paragraph no. 2 includes any Documents or Communications that:

    a.  Refer or relate to any assets currently or formerly owned by the Related Entities;

    b.  Refer or relate to any current or former liability of the Related Entities;

    c.  Refer or relate to the business or financial affairs of the Related Entities;

    d.  Refer or relate to any financial transaction that You had with any of the Related Entities, whether such transaction was completed or merely discussed, proposed or contemplated by You or any of the Related Entities;

    e.  Refer or relate to any transfer of funds or payments to or from any of the Related Entities;

    f.  Constitute identifying information about any of the Related Entities, including Documents containing address(es), email address(es), telephone number(s), credit card number(s), and bank account(s) or other account information used by any of the Related Entities.

3.    All Documents and Communications referring or relating to any completed or merely discussed, proposed or contemplated financial transaction between any Defendant and any Related Entity.

4.    All Documents and Communications referring or relating to any transfer of funds between or among any Defendants and any Related Entity.

{11659-001 RID A0447795.DOCX 5}

# EXHIBIT 7

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

6p, LLC
c/o Eric Soehnlein Lippes Mathias Wexler
Friedman
25 Viscount Drive
Williamsville, NY 14221

11659-001 DRD/kj

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   8/31/16

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☒ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)

7014 3490 0000 7321 4160

PS Form 3811, July 2013        Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

BUFFALO
NY 140
31 AUG '16
PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800, Chicago, IL 60654



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Grigorian
5477 Main Street
Amherst, NY 14221

11659-001 DRD/kj

9590 9402 1777 6074 2950 52

2. Article Number (Transfer from service label)

7014 3490 0000 7321 4757

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                           ☐ Agent
                                            ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
                                            9/6/16

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

USPS TRACKING #

9590 9402 1777 6074 2950 52

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800, Chicago, IL 60654



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bobalew Ventures
c/o Andrew Shaevel
5477 Main Street
Amherst, NY 14221

11659-001 DRD/k]

9590 9402 1777 6074 2950 45

2. Article Number (Transfer from service label)
7014 3490 0000 7321 4764

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                9/6/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1777 6074 2950 45

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800, Chicago, IL 60654



**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Shaevel
5477 Main Street
Amherst, NY 14221

11659-001 DRD/kj

9590 9402 1777 6074 2950 38

2. Article Number (Transfer from service label)
7014 3490 0000 7321 4771

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
5/6/14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt Merchandise
☒ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 1777 6074 2950 38

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800, Chicago, IL 60654



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hylan Asset Management, LLC
5477 Main Street
Amherst, NY 14221

11659-001 DRD/kj

9590 9402 1777 6074 3223 83

2. Article Number (Transfer from service label)

7013 1710 0001 2235 1622

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

10/17/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 1777 6074 3223 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800, Chicago, IL 60654

# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

GREGG SZILAGYI, not individually, but
solely as Court-appointed Receiver of Stark
Law, LLC, Stark Legal, LLC, Ashton Asset
Management, Inc., CHM Capital Group,
LLC, HKM Funding, Ltd., Pacific Capital
Holdings, Inc. and Aura Development, Inc.,

        Petitioner,

        vs.

6P LLC, BOBALEW LLC (d/b/a
BOBALEW VENTURES), ANDREW
SHAEVEL, GREGORY GRIGORIAN and
HYLAN ASSET MANAGEMENT LLC,

        Respondents.

No.

## DECLARATION OF DAVID R. DOYLE

I, David R. Doyle, declare as follows:

1.      I submit this declaration pursuant to Rule 7(d)(3) of the Local Rules of Civil Procedure.

2.      I am over the age of eighteen years, under no disability and competent to testify to the matters set forth herein. Except as otherwise stated, all statements in this declaration are based upon my personal knowledge or my review of books and records. If I were called to testify as a witness in this case, I could and would competently testify to each of the facts sets forth herein.

3.      I am an attorney at law licensed to practice in the State of Illinois. I represent the petitioner in the above-captioned civil action, Gregg Szilagyi, in his capacity as the court-appointed receiver of Stark Law, LLC, Stark Legal, LLC, Ashton Asset Management, Inc., CHM Capital Group, LLC, HKM Funding, Ltd., Pacific Capital Holdings, Inc. and Aura Development, Inc. ("Receiver").

4.      On or about September 7, 2016, I spoke with Eric Soehnlein by telephone. Mr. Soehnlein stated that he is the attorney representing 6P LLC, Bobalew LLC (d/b/a Bobalew Ventures), Andrew Shaevel, Gregory Grigorian and Hylan Asset Management LLC ("Respondents") in connection with the subpoenas that the Receiver had served on Respondents ("Subpoenas"). During that call, Mr. Soehnlein verbally objected to the scope of the Subpoenas, and stated that he would email me a proposed limitation on Respondents' responses to the Subpoenas by September 8, 2016.

5.      Mr. Soehnlein never sent me any proposed limitations to the Subpoena.

6.      Respondents have not produced any documents in response to the Subpoenas.

7.      True and correct copies of my email correspondence with Mr. Soehnlein are attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2016          /s/ David R. Doyle
in Chicago, Illinois

2

# EXHIBIT 1